JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JLL SOLUTIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BENSIMON CENTER FOR PLASTIC SURGERY & AESTHETIC MEDICINE, LLC an Oregon Limited Liability Company; ANDREA BENSIMON, an individual, RICHARD HECTOR BENSIMON, M.D., an individual,<br><br>Defendants. | Case No. CV 18-7263 MWF (PLAx)<br><br>[~~PROPOSED~~] ORDER ON REQUEST FOR DISMISSAL WITH PREJUDICE<br><br>[Hon. Michael W. Fitzgerald]<br><br>Action Filed: August 17, 2018 |

The Court, having considered the Request for Dismissal With Prejudice of Entire Action that has been filed by plaintiff JLL Solutions, Inc., and for good cause appearing, HEREBY ORDERS that the Request is APPROVED. The Action is dismissed with Prejudice in its entirety effective as of the filing date of this Order.

IT IS SO ORDERED:

Dated: November 14, 2018

_____
Honorable Michael W. Fitzgerald

[PROPOSED] ORDER TO REQUEST FOR DISMISSAL